UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 21-cv-20112-BB

PLATINUM DRAGON INTERNATIONAL, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES

Plaintiff hereby gives notice that the Defendants[1] identified below are being added as parties to this matter.

    echosky
    cuikailing Store
    wanghongtao12345
    chenyingdi Store
    liucaie888
    uci292
    Wangyuai226
    dengjie fashion
    See alias 3
    Crayons' International Trade
    Jiangtao Sotre
    huwen fashion
    wangtingting0205
    Hao hao garments
    Alexandra Parashos
    mcceseoqwsee

---

[1] Defendants were previously listed on Schedule A to the Complaint, which was filed under seal. All documents previously filed under seal, including Schedule A to the Complaint, have now been unsealed.

maidandan
ai18141
w0nymd159
Alisha\tAttaway
fushru32
suenXIAO-54
ilovewehome
jewu247
liuxiaowan666
WANGHUAQIANG9988
lvzhaojian3959
yangyue702566
Xinlan66088
zhar9275
Lilan921
zhoujielun111
tur323783
qwergmbt
jinaijuan112
angrngp
wanglei147258
Lynettemgl
LIUGAI
shenpohuang21
meiwenhui0623
zhuemu42
yanghuchen8839660
liuyuxiang599599
ydbs141242
fenglonghua646892
zhangzhanyun123
lvhaoru7913
adilanaimaidi Store
wangrui8023
liuxiaohan Store me
gexiaoting85785
sexean3
wangjun Store me
yeyejemu2
huanglihua Store
wenlonghui666
chenyelin1123
luohan1003

chenhui8247
xubaoyue88888
liuli911922933
linziyun1314
lianqi Store
zhaoyao Store
linxiangping12357893
wangyuyan1234
kongjun Store
lchentiegang
zhoutong2456
anlu7415
wangzixuan Store
luanlin2020
tyuihfdcb
zhangchenfeng988
liuchuanzheng258
wangzijia668
dushihua Store
Katrina Harris
whenzhen
Jacquecr
shujiaobu34
daijuan Store
gongan93
xuyaqin345
liyuefei21
lishuangyan21
wubo Store
luochunfa8866
liangweijie88
LianTingYi68235
Ejfigjeogjeiyjfndjshejekfmdk62
pengchunchun839628
chenyuan32
Jiang Yuqing's lighting shop
wangruntian0802
Timothyzag
SEE ALIAS 4
cai fashion
nnvhuqupo
wangwenyu123
Julia Thompson

SEE ALIAS 7
Josephxzb
wanxianzongqin
luqianlai fashion
xuhuiqiang Store
lvpin Store
zhuebez
yuxingxue54648
zhouhui Store
litaihai5388
liangchangmi147258
lijingwei163070
Clothing 3D store
tongjianhong198217
mushaejea
yuzhimin851218
duancaipianji
Wangbaoyi601
muhong123123
Tara Vella Stewart
guohua store

Dated: March 18, 2021

THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Tel: 305-728-8831
Fax: 305-428-2450

By: */s/ Richard Guerra*
Richard Guerra
Fla. Bar No. 689521
Email: rguerra@brickellip.com
Rafael Perez-Pineiro
Fla. Bar No. 543101
Email: rperez@brickellip.com
Nicole Fundora
Fla. Bar No. 1010231
Email: nfundora@brickellip.com
*Counsel for Plaintiff*